

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00874-CV

**IN THE INTEREST OF A.L.W.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00317
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED July 30, 2025.

_____
Irene Rios, Justice